**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NICOLE JOHNSON,** | ) | |
|     **Plaintiff,** | ) | |
| **vs.** | ) | No. 3:11-CV-2799-D |
| | ) | |
| **WELLS FARGO BANK NA, et. al,** | ) | |
|     **Defendants.** | ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 28, 2011.

                                                                                     _____
                                                                                     SIDNEY A. FITZWATER
                                                                                     CHIEF JUDGE